IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  08-cv-02462-RPM-GJR

LARRY GARFINKEL

        Plaintiff,

v.

LARRY GERBAZ, and
100 ROAD CATTLE COMPANY, LLC,

        Defendants.

_____

ORDER DENYING DEFENDANTS' MOTION TO DISMISS
_____

        On January 13, 2009, the defendants filed a motion to dismiss pursuant to

Fed.R.Civ.P. 12(b)(7) for the failure to join as parties those individuals and entities who

are plaintiffs in an action pending in the Garfield County District County District Court in

Garfield County, Colorado, who are claiming property damage from the same fire which

is the basis for the plaintiff's personal injury claim.  The contention is without merit.

Those state court plaintiffs are neither indispensable nor necessary parties to this

action.  While the defendants may be adversely affected by litigating in both state and

federal court, there is no authority for this Court to deny this non-resident plaintiff his

statutory right to proceed under diversity jurisdiction in this court.  It is

        ORDERED that the motion to dismiss is denied.

        Dated:   February 17th, 2009

                                BY THE COURT:

                                s/Richard P. Matsch

                                _____
                                Richard P. Matsch, Senior District Judge