IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-CV-02462 RPM-LTM

LARRY GARFINKEL,

    Plaintiff,

v.

LARRY GERBAZ; 100 ROAD CATTLE COMPANY, LLC

Defendants.

---

ORDER REGARDING PLAINTIFF'S UNOPPOSED MOTION TO AMEND SCHEDULING ORDER

---

This matter having come before the Court on Plaintiff's Unopposed Motion To Amend Scheduling Order and For Enlargement of Time To Amend Pleadings and Add Parties, and the Court being fully advised;

ORDERS that the Scheduling Order is amended. Plaintiff shall have up to and including July 15, 2009 to amend pleadings and/or add parties.

BY THE COURT

_____
United States District Court Judge

Dated this 6th day of April, 2009.

1