IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02462-RPM-GJR

LARRY GARFINKEL,

    Plaintiff,

v.

LARRY GERBAZ, and
100 ROAD CATTLE COMPANY, LLC,

    Defendants.

---

**ORDER RE:
JOINT MOTION TO VACATE SETTLEMENT CONFERENCE** (DOCKET #36)

---

THE COURT, having reviewed the Joint Motion to Vacate Settlement Conference, hereby orders that said joint motion is granted. The settlement conference scheduled for October 5, 2009 is vacated. The parties will promptly report to the court regarding the results of the settlement conference scheduled with all parties on November 23, 2009.

DATED this 21st day of September, 2009.

BY THE COURT:

*/s/ Laird T. Milburn*
~~Judge, U.S. District Court~~ LAIRD T. MILBURN
U. S. MAGISTRATE JUDGE