**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Laird T. Milburn**

Civil Action No. 08-cv-02462-RPM-LTM

LARRY GARFINKEL,

     Plaintiff,
vs.

LARRY GERBAZ,
100 ROAD CATTLE COMPANY, LLC,

     Defendants.

---

**ORDER RE: PLAINTIFF'S UNOPPOSED THIRD UNOPPOSED MOTION
TO AMEND SCHEDULING ORDER-TIME
TO AMEND PLEADINGS AND ADD PARTIES (docket # 39)**

---

THIS MATTER is before the Court on Plaintiff's Unopposed Third Unopposed Motion to Amend Scheduling Order-Time to Amend Pleadings and Add Parties (docket # 39),

**IT IS HEREBY ORDERED** that Plaintiff's Unopposed Third Unopposed Motion to Amend Scheduling Order-Time to Amend Pleadings and Add Parties (docket # 39), is **GRANTED**, the Scheduling Order, any amendment of pleadings and adding parties is granted through and including November 30, 2009.

DATED at Grand Junction, Colorado, this 7th day of October, 2009.

                                          BY THE COURT:

                                          s/Laird T. Milburn
                                          _____
                                          Laird T. Milburn
                                          United States Magistrate Judge