**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Laird T. Milburn**

Civil Action No. 08-cv-02462-RPM-LTM

LARRY GARFINKEL,

    Plaintiff,

vs.

LARRY GERBAZ,
100 ROAD CATTLE COMPANY, LLC,

    Defendants.

---

**ORDER RE: PLAINTIFF'S UNOPPOSED MOTION
TO AMEND SCHEDULING ORDER AND FOR EXTENSION OF TIME
TO DISCLOSE REBUTTAL EXPERTS (docket # 42)**

---

THIS MATTER is before the Court on Plaintiff's Unopposed Motion To Amend Scheduling Order and for Extension of Time To Disclose Rebuttal Experts (docket # 42),

**IT IS HEREBY ORDERED** that the Scheduling Order (docket # 34) is amended to extend the time for Plaintiff to disclose rebuttal experts to thirty (30) days after the production by Defendant of Defendant's expert's files.

DATED at Grand Junction, Colorado, this 16th day of October, 2009.

                              BY THE COURT:

                              s/Laird T. Milburn
                              _____
                              Laird T. Milburn
                              United States Magistrate Judge