**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Laird T. Milburn**

Civil Action No. 08-cv-02462-RPM-LTM

LARRY GARFINKEL,

    Plaintiff,

v.

LARRY GERBAZ, and
100 ROAD CATTLE COMPANY, LLC,

    Defendants.

_____

**ORDER RE: AMENDED SCHEDULING ORDER and
EXPEDITED BRIEFING SCHEDULE**
_____

    THE COURT, having reviewed Plaintiff's Second Unopposed Motion to Amend Scheduling Order (docket # 46) to allow additional time to disclose rebuttal experts and expert discovery cutoff and Plaintiff's Motion to Compel (docket # 45), and being fully advised in the premises, it is hereby

    ORDERED that the Scheduling Order is amended to allow Plaintiff until December 21, 2009 to disclose rebuttal experts. The expert discovery cutoff date is hereby extended to January 21, 2010.

    FURTHERMORE, it is hereby ORDERED that Defendants shall file its Response to Plaintiff's Motion to Compel by November 16, 2009 and Plaintiff shall file its Reply thereto by November 23, 2009.

Dated this 9th day of November, 2009.

                                        BY THE COURT:

                                        s/Laird T. Milburn
                                        _____
                                        Laird T. Milburn
                                        United States Magistrate Judge