# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02462-RPM-LTM

LARRY GARFINKEL,

    Plaintiff,

v.

LARRY GERBAZ, and
100 ROAD CATTLE COMPANY, LLC,

    Defendants.

---

## ■■■■■■■ ORDER RE:
## MOTION FOR LEAVE TO SUPPLEMENT DEFENDANTS'
## RESPONSE [#50] TO PLAINTIFF'S MOTION TO COMPEL [#45]

---

THE COURT, being advised in the premises, does hereby grant defendants' motion to supplement their response to plaintiff's motion to compel. The supplemental pleading and attached documents are accepted as part of defendants' response.

DATED this 20th day of November, 2009.

BY THE COURT:

_____
Judge, U.S. District Court