**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**U.S. Magistrate Judge Laird T. Milburn**

Civil Action No. 08-cv-02462-RPM-LTM

LARRY GARFINKEL,

    Plaintiff,

v.

LARRY GERBAZ, and
100 ROAD CATTLE COMPANY, LLC,

    Defendants.

_____

**ORDER RE: PLAINTIFF'S FOURTH UNOPPOSED MOTION TO AMEND SCHEDULING ORDER TIME TO AMEND PLEADINGS AND ADD PARTIES AND CONTINUE DISCOVERY CUTOFF DATE (docket # 54)**
_____

This matter having come before the Court on Plaintiff's Fourth Unopposed Motion to Amend Scheduling Order Time to Amend Pleadings and Add Parties and Continue Discovery Cutoff Date (docket # 54), and the Court being fully advised;

IT IS ORDERED that the Scheduling Order is amended. Plaintiff shall have up to and including February 01, 2010 to amend pleadings and/or add parties. Additionally, discovery cutoff, for all purposes, is continued to February 01, 2010 and the Dispositive Motions deadline is extended to March 01, 2010.

Dated this 2nd day of December, 2009.

                                        BY THE COURT:

                                        s/Laird T. Milburn
                                        _____
                                        Laird T. Milburn
                                        United States Magistrate Judge