**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Laird T. Milburn**

Civil Action No. 08-cv-02462-RPM-LTM

LARRY GARFINKEL,

    Plaintiff,

v.

LARRY GERBAZ, and
100 ROAD CATTLE COMPANY, LLC,

    Defendants.
_____

**ORDER RE: STATUS REPORT RE: ADR (docket # 58)**
_____

THE COURT, having reviewed Plaintiff's Status Report on ADR (docket # 58) hereby **ORDERS** the parties to report to the Court the results of the rescheduled Judicial Arbiters Group (JAG) by December 30, 2009.

Dated this 9th day of December, 2009.

                                                    BY THE COURT:

                                                    s/Laird T. Milburn
                                                    _____
                                                    Laird T. Milburn
                                                    United States Magistrate Judge