**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Laird T. Milburn**

Civil Action No. 08-cv-02462-RPM-LTM

LARRY GARFINKEL,

    Plaintiff,

v.

LARRY GERBAZ, and
100 ROAD CATTLE COMPANY, LLC,

    Defendants.

_____

**ORDER RE: PLAINTIFF'S FIFTH UNOPPOSED MOTION TO AMEND
SCHEDULING ORDER (docket # 63)**

_____

The Court has reviewed Plaintiff's Fifth Unopposed Motion to Amend Scheduling Order (docket # 63), which Order is dated March 16, 2009 (docket # 34) and finds good cause to do so.

THEREFORE, IT IS ORDERED to disclose his rebuttal experts on or before January 07, 2010.

Dated this 16th day of December, 2009.

                                                                BY THE COURT:

                                                                s/Laird T. Milburn
                                                                _____
                                                                Laird T. Milburn
                                                               United States Magistrate Judge