IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Laird T. Milburn

Civil Action No. 08-cv-02462-RPM-LTM

LARRY GARFINKEL,

    Plaintiff,

v.

LARRY GERBAZ, and
100 ROAD CATTLE COMPANY, LLC,

    Defendants.

_____

### ORDER RE: PLAINTIFF'S UNOPPOSED MOTION TO FILE AMENDED COMPLAINT (docket # 68)

_____

THIS MATTER, having come before the Court on Plaintiff's Unopposed Motion to Amend Complaint (docket # 68) filed on January 13, 2010, and good cause having been shown,

THEREFORE, IT IS ORDERED that Plaintiff's Motion is **GRANTED**. Plaintiff's Amended Complaint, attached to the motion as Exhibit 1, is order to be filed.

Dated this 14th day of January, 2010.

                                                        BY THE COURT:

                                                        s/Laird T. Milburn
                                                        _____
                                                        Laird T. Milburn
                                                        United States Magistrate Judge