**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 08-cv-02462-RPM-LTM

LARRY GARFINKEL,

      Plaintiff,

v.

LARRY GERBAZ, and
100 ROAD CATTLE COMPANY, LLC,

      Defendants.

---

**ORDER RE:
STIPULATION FOR DISMISSAL WITH PREJUDICE**

---

Pursuant to the stipulation of the plaintiff and the defendants [80], it is

ORDERED that the within action is dismissed against the defendants with prejudice, the

parties to bear their own costs and attorneys' fees.

DONE this 3rd day of March, 2010.

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____

                              Richard P. Matsch, Senior Judge